AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Lerianey Oliveira Marino-Nunes and Pedro Rodriguez, | ) ) ) ) ) |
| *Defendants* | |

Case No. 25-CR-20418-MOORE/D'ANGELO

FILED BY ___BM___ D.C.
Sep 24, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  LERIANEY OLIVEIRA MARINO-NUNES

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance (21 U.S.C. § 846)
Distribution of a Controlled Substance (21 U.S.C. § 841(a)(1))

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____BryanMartinez_____
Deputy Clerk
Date  Sep 24, 2025

Date: 9/24/25

*BryanMartinez*
*Issuing officer's signature*

City and state:   Miami, Florida

Angela E. Noble, Clerk of Court / Court Administrator
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____      _____ *Arresting officer's signature* |
| _____ *Printed name and title* |